# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN NODECKER, : No. 54 MAP 2025

        Appellant :

        v. :

DONNA PROKAY, BILL MURRY, MARK :
ANDERSON, KATHY SETLOCK, :
JOHN/JANE DOES 1-3, MANHEIM :
TOWNSHIP SCHOOL DISTRICT, :
EDUCATION SECRETARY NOE ORTEGA, :
EDUCATION SECRETARY ERIC :
HAGARTY, AND DEPARTMENT OF :
EDUCATION OPEN RECORDS OFFICER, :
ANGELA RIEGEL, :

        Appellees :

## ORDER

**PER CURIAM**

    **AND NOW,** this 24th day of March, 2026, as Appellant failed to file a timely brief, this appeal is **QUASHED**. *See* Pa.R.A.P. 3305.